**WRIGHT, FINLAY & ZAK, LLP**
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Lincoln Benefit Life Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DOLORES WALLACE-MONDORA; and JACQUELINE MONDORA,<br><br>Defendants. | Case No. 2:24-cv-01164-APG-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JACQUELINE MONDORA,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>LINCOLN BENEFIT LIFE COMPANY,<br><br>Counter-Defendant. | |
| JACQUELINE MONDORA,<br><br>Crossclaim-Plaintiff,<br><br>vs.<br><br>DOLORES WALLACE-MONDORA,<br><br>Crossclaim-Defendant. | |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by Plaintiff/Counter-Defendant, Lincoln Benefit Life Company; Defendant/Counterclaimant/Cross-Plaintiff Jacqueline Mondora; and Defendant/Cross-Defendant, Dolores Wallace-Mondora, (hereinafter referred to collectively as the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

1. The Parties hereby dismiss all claims against each other with prejudice, each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Robert A. Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Plaintiff, Lincoln Benefit Life Company*

MICHAELSON LAW

/s/ Patrick C. McDonnell
Patrick C. McDonnell
Nevada Bar No. 13188
1746 W. Horizon Ridge Parkway
Henderson, Nevada 8901
*Attorneys for Defendant/Counterclaimant/Cross-Plaintiff, Jacqueline Mondora*

/s/ T. Chase Pittsenbarger
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
Lee Kiefer & Park, LLP
1140 N. Town Center Drive, Suite 200
Las Vegas, NV 89144
*Attorneys for Dolores Wallace-Mondora*

**ORDER**

IT IS SO ORDERED.

DATED:  October 3, 2024

_____
UNITED STATES DISTRICT COURT JUDGE